UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60385-CIV-GRAHAM/GARBER

DOUGLAS CLARK,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER OF REMAND AND FINAL JUDGMENT

THIS CAUSE is before the Court by Order of Reference of U.S. District Judge Donald L. Graham. Pursuant to such reference, the Court has received defendant Michael J. Astrue's Motion to Reverse and Remand [DE 21]. This Motion is unopposed. Based upon the agreement of the parties and the Appeals Council, the Court finds it appropriate to reverse the decision of the Administrative Law Judge and remand this case for further development. Accordingly, it is hereby

ORDERED that the Motion is GRANTED and the cause, under sentence four of 42 U.S.C. § 405(g), is hereby REVERSED AND REMANDED to the Commissioner to conduct further proceedings. This Court hereby enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is closed, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of November, 2009.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE