UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60385-CIV-Graham/Garber

DOUGLAS CLARK,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____/

## **ORDER**

THE COURT has received the plaintiff's Unopposed Application for Attorney Fees under the Equal Access to Justice Act [DE 24] (Motion) and defendant's response in which the defendant asserts that he has no opposition to the requested fees.

The Equal Access to Justice Act, 28 U.S.C. §2412(d) and (d)(1)(A), authorizes an award of attorneys' fees to a prevailing party. Plaintiff is the prevailing party in this cause as the result of this Court's reversal and remand of the cause to the Commissioner for further proceedings pursuant to an Order dated November 16, 2009. The Commissioner was ordered to "rehear this matter and conduct such further proceedings in accordance with the judgment" rendered in plaintiff's favor.

The Court has carefully considered plaintiff's counsel's submissions regarding the legal services rendered on behalf of the plaintiff. All of such services were necessary and the amounts claimed for each legal service is reasonable based upon reasonable hourly rates. Accordingly, and upon due consideration, it is hereby

ORDERED that plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act is GRANTED. Plaintiff's counsel is hereby awarded the sum of $4,924.19 as a reasonable attorney's fee, such fee to be paid by the defendant forthwith.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of February, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE